UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10119 AG (JCG) | Date | September 11, 2012 |
|---|---|---|---|
| Title | Diana Diaz v. City of Glendale (CA), *et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | | |
|---|---|---|---|
| Beatriz Martinez | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE OPPOSITIONS TO MOTIONS TO DISMISS**

On June 1, 2011 and July 5, 2012, defendants County of Los Angeles, Kathryn Albracht, City of Glendale, and Ashraf Mankarios filed and served two Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). [*See* Docket Nos. 13, 15.] The Court gave Plaintiff until September 7, 2012 to file Oppositions or Notices of Non-Opposition to both Motions. (Aug. 10, 2012 Ord. at 1.)

To date, Plaintiff has not filed any Oppositions. The failure to file an Opposition within the deadline set by the Court may be deemed Plaintiff's consent to granting a Motion to Dismiss. L.R. 7-12.

Accordingly, **IT IS ORDERED THAT** on or before **September 25, 2012**, Plaintiff shall file a Response to this Order showing good cause, if any exists, why she failed to timely file Oppositions to Defendants' Motions to Dismiss, and why Defendants should not be dismissed based on Plaintiff's failure to file Oppositions. *See* L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir.1995) (*per curiam*) (affirming dismissal of *pro se* prisoner's action for failure to file opposition to motion to dismiss); *see also Pagtalunan v. Galaza*, 291 F.3d 639, 643 (9th Cir. 2002) (affirming dismissal of habeas petition with prejudice for failure to prosecute and failure to comply with court's order).

Plaintiff shall support any attempt to show good cause with a declaration under penalty of perjury, accompanied by Oppositions that (a) state whether Plaintiff admits or denies each allegation of fact contained in the Motions to Dismiss; and (b) is limited to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10119 AG (JCG) | Date | September 11, 2012 |
|---|---|---|---|
| Title | Diana Diaz v. City of Glendale (CA), *et al.* | | |

facts or contentions responsive to matters raised in the Motions to Dismiss.

**The Court admonishes Plaintiff that her failure to timely file a declaration responsive to this Order to Show Cause will be deemed by the Court as further evidence of her failure to comply with the Court's orders and rules, and her consent to the granting of Defendants' Motions, and will result in a recommendation to the District Judge that Defendants be dismissed on that basis.**

cc: Parties of Record

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | bm | |