# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA DIAZ,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF GLENDALE, *et al.*,<br><br>        Defendants. | Case No. CV 11-10119 AG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted.
2. Judgment be entered dismissing this action without prejudice.
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: June 6, 2013    _____

                                         HON. ANDREW J. GUILFORD
                                         UNITED STATES DISTRICT JUDGE