# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA DIAZ, | Case No. CV 11-10119 AG (JCG) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF GLENDALE, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: June 6, 2013   _____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE